Certificate Number: 05781-PR-DE-041413575

Bankruptcy Case Number: 26-03494

05781-PR-DE-041413575

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 6, 2026, at 5:06 o'clock PM PDT, Agustin Ghigliotti completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date: September 6, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President